| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Derek A. Newman, 190467/derek@newmanlaw.com<br>John Du Wors, 233913/duwors@newmanlaw.com<br>Derek Linke, Pro Hac Vice to be filed/linke@newmanlaw.com<br>NEWMAN DU WORS LLP<br>1201 Third Avenue, Suite 1600<br>Seattle, WA 98101<br>Telephone: (206) 274-2800<br><br>ATTORNEYS FOR: ESSOCIATE, INC. | FILED<br>2012 DEC 11 PM 3:29<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA<br>BY ___ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>                              Plaintiff(s),<br>v.<br>VOOM MEDIA CORP., an Ontario corporation, d/b/a Mundo Media<br><br>                              Defendant(s) | CASE NUMBER:<br><br>SACV12 - 02156 DOC (JPRx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ESSOCIATE, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| VOOM MEDIA CORP., an Ontario corporation, d/b/a Mundo Media | Defendant |
| ESSOCIATE, INC., a Delaware corporation | Plaintiff |

December 11, 2012
Date

Sign: /s/ John Du Wors

John Du Wors, 233913
Attorney of record for or party appearing in pro per