Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA  90401
Telephone:   (310) 359-8200
Facsimile:    (310) 359-8190

John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
Derek Linke (*pro hac vice* to be filed)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>VOOM MEDIA CORP., an Ontario corporation, d/b/a Mundo Media,<br><br>            Defendant. | Case No. 12-cv-02156-JVS (JPRx)<br><br>**PLAINTIFF ESSOCIATE, INC.'S SUPPLEMENTAL MEMORANDUM RE SERVICE OF PROCESS ON DEFENDANT VOOM MEDIA CORP.**<br><br>Judge: Hon. James. V. Selna |

1       On April 3, 2013, Plaintiff Essociate, Inc. filed a memorandum regarding its basis for claiming proper service of process on Defendant Voom Media Corp pursuant to the Court's March 27, 2013 Order Re Application for Entry of Default (*See* Dkt. Nos. 16, 17). In Footnote 3 of its April 3 memorandum (Dkt. No. 17), Essociate noted that Voom's executive assistant, Sandra Malakpour, did not deny in her declaration that she is Voom's "agent." But the other declaration Voom filed does deny that Ms. Malakpour is Voom's agent. Essociate respectfully submits this supplemental memorandum to bring that to the Court's attention and address it.

        As further discussed in Essociate's April 3 memorandum, Essociate claims that it properly served Voom under Rule 4 by serving Voom under Canadian law as permitted by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Papers and Rule 4(f). (*See* Dkt. No. 17). The Ontario Rules of Civil Procedure permit service on a corporation by, among other ways, "leaving a copy [of the summons and complaint] with … an agent of the corporation." Ont. R. Civ. P. 16.02(1)(c). Essociate's process server's affidavit of service states that he left a copy of the summons and complaint with a receptionist at Voom's place of business who stated to him that she was authorized to accept service. (Affidavit of Service (Dkt. No. 7))

        Essociate's April 3 memorandum (Dkt. No. 17 at 4, n. 3) notes that Voom filed a declaration by that receptionist, Sandra Malakpour, stating that she is an "executive assistant" of Voom and that she met Essociate's process server at Voom's place of business. (Declaration of Sandra Malakpour (Dkt. No. 13) at 1) Essociate further noted that Ms. Malakpour did not deny that she is an "agent" of Voom. (Dkt. No. 17 at 4, n. 3)

        Essociate notes that the other declaration filed by Voom, by its Secretary and Chief Operating Officer Angelo Pollastrone, does expressly deny that Ms. Malakpour is an "agent" of Voom. (Declaration of Angelo Pollastrone (Dkt. No. 14) at ¶ 4) Mr. Pollastrone states that Ms. Malakpour is an "administrative

assistant" of Voom and that "Ms. Malakpour is not an officer, director or agent of Voom, is not in control or management of Voom, and is not authorized to accept service of process." (*Id*. at ¶ 4)

Essociate respectfully submits that the Court should not consider Mr. Pollastrone's conclusory and self-serving statement, especially since it merely tracks the language of Ont. R. Civ. P.16.02(c)(1) and provides no explanation as to how Ms. Malakpour could be an employee of Voom yet not an "agent." Moreover, his conclusion that Ms. Malakpour "is not in control or management of Voom" is irrelevant because the other basis for Essociate's valid service of process under the Ontario Rules of Civil Procedure is that Ms. Malakpour is "a person at any place of business of the corporation who **appears to be** in control or management of the place of business." Ont. R. Civ. P. 16.02(1)(c) (emphasis added).

Dated this 11th day of April, 2013.

Respectfully Submitted,

**NEWMAN DU WORS LLP,**

By:   s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
Derek Linke (*pro hac vice* to be filed)
linke@newmanlaw.com

Attorneys for Plaintiff
ESSOCIATE, INC.