JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSOCIATE INC., | SACV 12-02156 JVS (RNBx) |
| Plaintiff, | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | |
| VOOM MEDIA CORP, etc., | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 35 days</u>, to reopen the action if settlement is not consummated.

DATED: November 15, 2013

_____
James V. Selna
United States District Judge